UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MICHAEL CANO,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:24-cv-01349-JLT-CDB (SS)<br><br>ORDER ON STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT<br><br>(Doc. 10) |

Plaintiff Stephen Michael Cano ("Plaintiff") initiated this action with the filing of a complaint on November 4, 2024, seeking judicial review of an administrative decision of the Defendant Commissioner of Social Security ("Defendant") denying Plaintiff's claim for benefits under the Social Security (Doc. 1).

Pending before the Court is the parties' stipulated request to extend the time for Defendant to respond to Plaintiff's complaint by filing the electronic certified administrative record as the answer to the complaint. (Doc. 10). The parties represent that Defendant's response to the complaint is currently due to be filed by January 6, 2025, and Defendant has not previously requested an extension of the deadline. (*Id.* ¶ 1). The parties represent that in accordance with the Federal Rules of Civil Procedure that was recently amended to add Supplemental Rules for Social Security review cases under 42 U.S.C. § 405(g), the Commissioner files a certified administrative record ("CAR") as the Answer to a complaint for

review. (*Id.* ¶ 2). The parties represent that Defendant's Counsel has been informed by the client agency, the Social Security Administration, Office of Appellate Operations, that the CAR is not fully prepared in this matter and therefore needs more time to prepare the CAR for the Court's review. (*Id.* ¶ 3). Thus, the parties stipulate and request an extension for Defendants to file an answer or other response to the complaint by 30 days to February 5, 2025. (*Id.* ¶ 4). The parties represent that Plaintiff's Counsel has no objection to the instant request, which is made in good faith and is not intended to delay the proceedings. (*Id.* ¶¶ 5–6).

Good cause appearing, IT IS HEREBY ORDERED the Defendant shall have until February 5, 2025, to respond to the complaint by filing an answer or other responsive pleading. *See* Local Rule 144(a); *see also* (Doc. 5 ¶ 9) ("Each party is entitled to a single extension of time of up to thirty (30) days, with no requirement for consent of the opposing party or Court order. The party shall file a Notice of Extension with the court and all remaining deadlines will be adjusted accordingly. Any other requests for modification of this briefing schedule must be made by written stipulation or motion and will be granted only for good cause. Local Rule 144(d).").

IT IS SO ORDERED.

Dated:   **December 26, 2024**                              _____
                                                                                UNITED STATES MAGISTRATE JUDGE