UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MICHAEL CANO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:24-cv-01349-JLT-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 13) |

Pending before the Court is Plaintiff's stipulated request to extend the deadline to file and serve his motion for summary judgment, from February 18, 2025, to February 21, 2025. (Doc. 13). For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED:

Plaintiff shall file and serve his motion for summary judgment by no later than **February 21, 2025**.

IT IS SO ORDERED.

Dated:　**February 13, 2025**　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE