|  |  |
|---|---|
| STEPHEN MICHAEL CANO,<br><br>        Plaintiff,<br><br>   v.<br><br>LELAND DUDEK,<br>Acting Commissioner of Social Security[1],<br><br>        Defendant. | Case No.: 1:24-cv-01349 JLT CDB<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(Doc. 18)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF STEPHEN MICHAEL CANO AND AGAINST DEFENDANT LELAND DUDEK, ACTING COMMISSIONER OF SOCIAL SECURITY |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

Stephen Micheal Cano and the Acting Commissioner of Social Security stipulated to a voluntary remand of Plaintiff's application for benefits for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  (Doc. 18.)  Pursuant to the stipulation of the parties, the final decision of the Commissioner is reversed, and upon remand the administrative law judge shall "offer Plaintiff the opportunity for a hearing; take any further action needed to complete the administrative record, to include adding to the record all medical and nonmedical evidence from the prior claims; and issue a new decision."  (*Id.* at 1.)  In addition, the parties agree that judgment should be entered in favor of Plaintiff and against the Commissioner.  (*Id.* at 2.)

---

[1] Leland Dudek became the Acting Commissioner of Social Security in February 2025.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek is substituted as the defendant in this action.

1

Based upon the terms of the stipulation, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).
2. The Clerk of Court is directed to enter judgment in favor of Plaintiff Stephen Michael Cano and against Defendant Leland Dudek, Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **February 26, 2025**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE